IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC., as Broadcast Licensee of the May 4, 2013 Floyd Mayweather, Jr. v. Robert Guerrero, WBC Welterweight Championship Fight Program,<br><br>    Plaintiff,<br><br>v.<br><br>1) WILLIE RAY'S PRIVATE ROOM, INC., individually, and d/b/a WILLIE RAYS PRIVATE ROOM d/b/a WILLIE RAY EVENT CENTER d/b/a WILLIE RAY'S PLACE and<br>2) CLINTON GARLAND a/k/a CLINTON McCARTHY GARLAND, individually, and d/b/a WILLIE RAYS PRIVATE ROOM d/b/a WILLIE RAY EVENT CENTER d/b/a WILLIE RAY'S PLACE, and<br>3) MICHELLE CRITESER, individually, and d/b/a WILLIE RAYS PRIVATE ROOM d/b/a WILLIE RAY EVENT CENTER d/b/a WILLIE RAY'S PLACE,<br><br>    Defendants.<br>_____<br><br>MICHELLE FLOYD (neé CRITESER),<br><br>    Third-Party Plaintiff,<br><br>v.<br><br>DIRECTV, L.L.C.,<br><br>    Third-Party Defendant. | Civil Action No. 3:16-cv-01206-D |

## JOINT NOTICE OF SETTLEMENT

Plaintiff J&J Sports Productions, Inc., Defendants Willie Ray's Private Room, Inc.,

Clinton Garland a/k/a Clinton McCarthy Garland, and Michelle Criteser, and Third-Party

Defendant DirecTV, LLC (collectively the "Parties") announce to the Court that the matters in

controversy between Plaintiff and Defendants and between Third-Party Plaintiff and Third-Party Defendant have been settled and compromised. The Parties have settled their respective claims. The Parties have now begun the process of drafting the settlement and dismissal documents. Therefore, the Parties request the following:

1. That the Court terminate all hearings, court proceedings, and deadlines in this case; and

2. That the Court give the Parties thirty (30) days from the filing of this Notice of Settlement as additional time to allow the Parties to finalize the settlement documents and submit the appropriate dismissal documents to the Court.

Respectfully submitted,

By: */s/ David M. Diaz*
    David M. Diaz
    Attorney-in-Charge
    State Bar No. 24012528
    ddiaz@kbdtexas.com
THE KORN DIAZ FIRM
4221 Avondale Avenue
Dallas, Texas 75219
(214) 521-8800 – Telephone
(214) 521-8821 – Telecopy

ATTORNEY FOR PLAINTIFF

By: */s/ William T. Hughey*
    William T. Hughey
    State Bar No. 10245500
    Hugheylaw@sbcglobal.net
THE HUGHEY LAW FIRM, PLLC
P.O. Box 2012
Marshall, Texas 75671
Telephone: (903) 935-5550
Facsimile: (866) 823-7185

ATTORNEY FOR DEFENDANTS
WILLIE RAY'S PRIVATE ROOM, INC.
& CLINTON GARLAND

| | |
|---|---|
| By:   */s/   Tim Chastain*            <br>      Tim Chastain<br>      State Bar No. 24012417<br>      Attorney-in-Charge<br>      timothy.chastain@att.com<br>AT&T SERVICES, INC.<br>208 S. Akard Street, Suite 509<br>Dallas, Texas 75202-4208<br>Telephone: (214) 757-3186<br>Facsimile: (214) 746-6449<br><br>ATTORNEY FOR DIRECTV, LLC | By:   */s/   Trevor McCann*            <br>      Trevor McCann<br>      Attorney-in-charge<br>      California State Bar No. 243724<br>      trevor@tbmclaw.com<br>LAW OFFICE OF TREVOR BRANDT MCCANN<br>1595 Sunnyvale Avenue, #17<br>Walnut Creek, California 94597<br>Tel.: (925) 270-7058<br>Fax: (925) 955-1613<br><br>ATTORNEY FOR MICHELLE FLOYD |